IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

MARIA DE LOS ANGELES CORTES                                    CASE NO. 23-12664-RAM
                                                               CHAPTER 13
        Debtor.
_____/

**OBJECTION TO CONFIRMATION OF PLAN**

      Creditor, Specialized Loan Servicing LLC as servicing agent for The Bank of New York Mellon f/k/a The Bank of New York as successor Indenture trustee to JPMorgan Chase Bank, National Association for CWHEQ Revolving Home Equity Loan Trust, Series 2006-F, files its Objection to Confirmation of Plan and states:

    1.    Creditor holds a note secured by a mortgage on the property located at 8290 Lake Drive # 121, Doral, FL 33166.

    2.    Creditor is in the process of timely filing a Proof of Claim in the approximate amount of $67,220.43, including an estimated arrearage of $46,464.68.

    3.    The Debtor's First Amended Plan provides for an arrearage amount of $38,690.89.

    4.    The Plan should be amended to conform to Creditor's Proof of Claim when filed.

    **WHEREFORE**, Creditor respectfully requests the Court sustain this Objection and for such other and further relief as the Court deems appropriate.

                                                      */s/ Gavin N. Stewart*
                                                      Gavin N. Stewart, Esquire
                                                      Florida Bar Number 52899
                                                      P.O. Box 5703
                                                      Clearwater, FL 33765
                                                      P: (727) 565-2653
                                                      F: (727) 213-9022
                                                      E: bk@stewartlegalgroup.com
                                                      Counsel for Creditor

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF notice and first class mail this 28th day of April 2023.

>  */s/ Gavin N. Stewart*
>  Gavin N. Stewart, Esquire
>  Florida Bar Number 52899

**VIA FIRST CLASS MAIL**
Maria de los Angeles Cortes
8290 Lake Dr., Apt.121
Doral, FL 33166-4670

**VIA CM/ECF NOTICE**
Jessica T. Bracho
Legal Services Miami of Greater Miami, Inc.
4343 W. Flagler St.
Ste 100
Miami, FL 33134

Nancy K. Neidich
POB 279806
Miramar, FL 33027

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130